UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Josephine Phaneuf</u>,
    Plaintiff

    v.                          Case No. 12-cv-474-SM

<u>Michael J. Ortlieb, Esq., of</u>
<u>Simmons & Ortlieb, PPLC,</u>
<u>as Guardian ad Litem for</u>
<u>Daniel Hammerstad;</u>
<u>La Carretta-Derry, Inc., d/b/a</u>
<u>LaCarretta Mexican Restaurant;</u>
<u>Hao Hua Restaurant Corp., d/b/a</u>
<u>Chen's Chinese Restaurant; and</u>
<u>Diane Maurais</u>,
    Defendants

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

March 13, 2013

cc:  Gary M. Burt, Esq.
     Anthony M. Campo, Esq.
     Scott M. Carroll, Esq.
     Laurence W. Getman, Esq.
     Naomi L. Getman, Esq.
     Edward M. Kaplan, Esq.
     Michael C. Palermo, Esq.
     Christopher J. Pyles, Esq.
     Roy Weddleton, Esq.